

1160 Centre Pointe Drive, Suite #1
Mendota Heights, MN 55120

⬆ Please send all correspondence to the above address

Telephone : 1-800-279-3480

Apr 3, 2007

Name : JENNIFER REED
Account Number : DLA918    PIN : 4620
Client Reference Number : 54241804039916056
Client : Citibank (South Dakota) NA

**Our client has authorized us to reduce the balance of your past due account by 35%!**

Our client will accept $ 5606.18 as a settlement

Please follow the instructions outlined:

1. Make your money order or check payable to our client.
2. Document payment as "Settled"

Upon receipt and clearance of your payment, we will immediately cease collection activity and notify our client that you have satisfied your account. If you have any questions or concerns, please call our office and a representative will assist you.

Telephone 1-800-279-3480

As long as you haven't made other arrangements to repay this debt, you are eligible for this offer. For accounting purposes, your settlement must be received within 30 calendar days after the date on this letter. If you wish to make a payment proposal after that time, please call us to discuss it.

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

---

✂ Detach Bottom Portion And Return With Payment ✂

To contact us regarding your account, call:
1-800-279-3480

AllianceOne
Receivables Management, Inc.

P.O. BOX 510477
LIVONIA MI 48151-6477
RETURN SERVICE REQUESTED

| Regarding | | |
|---|---|---|
| Citibank (South Dakota) NA | | |
| Client Reference Number | Account Number | Amount |
| 54241804039916056 | DLA918 | $ 8624.89 |

S-SDAMFC10 L-059 A-DLA918 O-001
P09MYF00317040 I17041

**EXHIBIT 2**

JENNIFER REED
4920 HARMONY WAY
SAN JOSE CA 95130-1819

CITICORP CREDIT SERVICES, INC. (USA)
ALLIANCEONE RECEIVABLES MANAGEMENT INC.
PO BOX 21882
EAGAN MN 55121-0882

⬆ Please make check or money order payable to:

Daytime Phone # _____
Evening Phone # _____

Amount Paid: $ ☐☐☐☐☐ . ☐☐

P.O. BOX 510477
LIVONIA MI 48151-6477
RETURN SERVICE REQUESTED

S-SDAMFC10 L-059 A-DLA918 O-001
P09MYF00317040 I17041

JENNIFER REED
4920 HARMONY WAY
SAN JOSE CA 95130-1819

PRESORTED
FIRST CLASS

US POSTAGE $00.32⁶
APR 05 2007
ZIP 48068
0801 1051861