# REFUSE TO PAY LETTER

April 25, 2007

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7005-3110-0000-4788-4138

Alliance One Receivables Management, Inc.
1160 Centre Pointe Drive
Suite #1
Mendota Heights, MN 55120

Re:  Creditor:  Citibank
     Reference No.: 5424-1804-0391-6056

Dear Sir or Madam:

I have enclosed a copy of the last collection letter that you sent to me.

In this regard, please be advised that I dispute this debt and refuse to pay.

PLEASE MARK YOUR FILES ACCORDINGLY.

Trusting in your good offices, I remain . . .

                                      Very Truly Yours,

                                      Jennifer Reed
                                      4920 Harmony Way
                                      San Jose, CA 95130-1819



EXHIBIT 3

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Alliance One Receivables Management
Street, Apt. No.; or PO Box No. 1160 Centre Pointe Drive #1
City, State, ZIP+4 Mendota Heights, MN 55120

PS Form 3800, June 2002    See Reverse for Instructions

7005 3110 0000 4788 4138

# AllianceOne
Receivables Management, Inc.

1160 Centre Pointe Drive, Suite #1
Mendota Heights, MN 55120

↑ Please send all correspondence to the above address

Telephone : 1-800-279-3480

Apr 3, 2007

Name : JENNIFER REED

Account Number : DLA918     PIN : 4620

Client Reference Number : 5424180403916056

Client : Citibank (South Dakota) NA

**Our client has authorized us to reduce the balance of your past due account by 35%!**

Our client will accept $ 5606.18 as a settlement

Please follow the instructions outlined:

1. Make your money order or check payable to our client.
2. Document payment as "Settled"

Upon receipt and clearance of your payment, we will immediately cease collection activity and notify our client that you have satisfied your account. If you have any questions or concerns, please call our office and a representative will assist you.

Telephone 1-800-279-3480

As long as you haven't made other arrangements to repay this debt, you are eligible for this offer. For accounting purposes, your settlement must be received within 30 calendar days after the date on this letter. If you wish to make a payment proposal after that time, please call us to discuss it.

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

---

✂ Detach Bottom Portion And Return With Payment ✂

P.O. BOX 510477
LIVONIA MI 48151-6477
RETURN SERVICE REQUESTED

To contact us regarding your account, call:
1-800-279-3480

# AllianceOne
Receivables Management, Inc.

| Regarding |||
|---|---|---|
| Citibank (South Dakota) NA |||
| Client Reference Number | Account Number | Amount |
| 5424180403916056 | DLA918 | $ 8624.89 |

S-SDAMFC10  L-059  A-DLA918  O-001
P09MYF00317040 I17041

JENNIFER REED
4920 HARMONY WAY
SAN JOSE CA 95130-1819

CITICORP CREDIT SERVICES, INC. (USA)
ALLIANCEONE RECEIVABLES MANAGEMENT INC.
PO BOX 21882
EAGAN MN 55121-0882

Daytime Phone #_____
Evening Phone #_____

↑ Please make check or money order payable to:

Amount Paid: $