

**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 3110 0000 4788 4138**
Detailed Results:

- Delivered, April 30, 2007, 10:27 am, SAINT PAUL, MN 55121
- Arrival at Unit, April 30, 2007, 9:35 am, SAINT PAUL, MN 55121
- Acceptance, April 25, 2007, 4:03 pm, SAN JOSE, CA 95113

**Track & Confirm**
Enter Label/Receipt Number.

( < Back )      ( Return to USPS.com Home > )      ( Go > )

POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Justin Villheaure*   ☒ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery  4-30-07 |
| 1. Article Addressed to:<br><br>Alliance One Receivables<br>1160 CentrePointe Drive<br>Suite #1<br>Mendota Heights, MN 55120 | D. Is delivery address different from Item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 3110 0000 4788 4138 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |



EXHIBIT
4