
**AllianceOne**
Receivables Management, Inc.

1160 Centre Pointe Drive, Suite #1
Mendota Heights, MN 55120

⬆ Please send all correspondence to the above address

Telephone : 1-800-279-3480
Jun 1, 2007

Name : JENNIFER REED
Account Number : DLA918     PIN : 4620
Client Reference Number : 5424180403916056
Client : Citibank (South Dakota) NA

Our Client, Citibank (South Dakota) NA, has retained us to work with you to help you to repay your account.

We understand you didn't mean to fall behind on your payments, but it seems that you have. Like most of our customers, you know that paying this bill is the right thing to do, but extra cash is hard to come by and we want to help.

We know you may have other creditors competing for your dollars. In order to assist you in committing those dollars to pay our client's account, we are prepared to **OFFER YOU A DEEP SETTLEMENT** to substantially reduce the balance of your outstanding account.

**DEPENDING ON YOUR PERSONAL SITUATION, YOU MAY QUALIFY FOR A SETTLEMENT LOWER THAN WHAT WE CAN OFFER YOU IN THIS LETTER!**

Don't miss out! As long as you haven't yet made other arrangements to repay this debt, you are eligible for this settlement offer. **Just call toll free, 1-800-279-3480.** Don't put it off. Call today!

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

✂ Detach Bottom Portion And Return With Payment ✂

P.O. BOX 510477
LIVONIA MI 48151-6477
RETURN SERVICE REQUESTED

To contact us regarding your account, call:
1-800-279-3480

**AllianceOne**
Receivables Management, Inc.

| Regarding |||
|---|---|---|
| Citibank (South Dakota) NA |||
| Client Reference Number | Account Number | Amount |
| 5424180403916056 | DLA918 | $ 9118.22 |

S-SDAMFC10 L-030 A-DLA918 O-001
P0ASLF00213558 I13559

**EXHIBIT 5**

JENNIFER REED
4920 HARMONY WAY
SAN JOSE CA 95130-1819

CITICORP CREDIT SERVICES, INC. (USA)
ALLIANCEONE RECEIVABLES MANAGEMENT INC.
PO BOX 21882
EAGAN MN 55121-0882

Daytime Phone # _____
Evening Phone # _____

Amount Paid: $

⬆ Please make check or money order payable to:

P.O. BOX 510477
LIVONIA MI 48151-6477
RETURN SERVICE REQUESTED

S-SDAMFC10 L-030 A-DLA918 O-001
P0ASLF00213558 I13559

JENNIFER REED
4920 HARMONY WAY
SAN JOSE CA 95130-1819

PRESORTED
FIRST CLASS



US POSTAGE $00.34
JUN 05 2007
ZIP 77002
0801 1051992