
**AllianceOne**
Receivables Management, Inc.

7160 Centre Pointe Drive, Suite #1
Mendota Heights, MN 55120

⬆ <u>Please send all correspondence to the above address</u>

Telephone : 1-800-279-3480

Jul 31, 2007

Name : JENNIFER REED
Account Number : DLA918     PIN : 4620
Client Reference Number : 5424180403916056
Client :  Citibank (South Dakota) NA

**Our client has authorized us to reduce the balance of your past due account by 55%!**

Our client will accept $ 4209.62 as a settlement

Please follow the instructions outlined:

1. Make your money order or check payable to our client.
2. Document payment as "Settled".

Upon receipt and clearance of your payment, we will immediately cease collection activity and notify our client that you have satisfied your account. If you have any questions or concerns, please call our office and a representative will assist you.

Telephone 1-800-279-3480

As long as you haven't made other arrangements to repay this debt, you are eligible for this offer. For accounting purposes, your settlement must be received within 30 calendar days after the date on this letter. If you wish to make a payment proposal after that time, please call us to discuss it.

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

✂  Detach Bottom Portion And Return With Payment  ✂

P.O. BOX 510477
LIVONIA MI 48151-6477
RETURN SERVICE REQUESTED

⬆ Mail return address only; send no letters

S-SDAMFC10 L-077 A-DLA918 O-001
P0C0F200217269 I17271

JENNIFER REED
4920 HARMONY WAY
SAN JOSE CA 95130-1819

**EXHIBIT 6**

To contact us regarding your account, call:
1-800-279-3480

**AllianceOne**
Receivables Management, Inc.

| Regarding |||
|---|---|---|
| Citibank (South Dakota) NA |||
| Client Reference Number | Account Number | Amount |
| 5424180403916056 | DLA918 | $ 9354.70 |

CITICORP CREDIT SERVICES, INC. (USA)
ALLIANCEONE RECEIVABLES MANAGEMENT INC.
PO BOX 21882
EAGAN MN 55121-0882

⬆ <u>Please make check or money order payable to:</u>

Daytime Phone # _____
Evening Phone # _____

Amount Paid: $ ☐☐☐☐☐ . ☐☐

P.O. BOX 51477
LIVONIA MI 48151-6477
RETURN SERVICE REQUESTED

➔ Mail return address only; send no letters

S-SDAMFC10 L-077 A-DLA918 O-001
P0C0F200217269 I7271

JENNIFER REED
4920 HARMONY WAY
SAN JOSE CA 95130-1819

08/02/2007 ROYAL OAK MI 480
PRESORTED
FIRST-CLASS
US POSTAGE $00.341
DATA-PAC
AUG 01 2007
ZIP 48068
0801 1051961

PAYZSA1 95130