# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA



JENNIFER LEIGH REED

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

ALLIANCEONE RECEIVABLE
MANAGEMENT, INC.

C07 04477   HRL



TO:

AllianceOne Receivables Management, Inc.
c/o CT Corporation System, Registered Agent
818 West Seventh Street
Los Angeles, California 90017


**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 416
San Jose, CA 95113-2404


an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.


RICHARD W. WIEKING
CLERK

Aug 29. 07
DATE

(BY) DEPUTY CLERK

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 1014<br>SAN JOSE, CA 95113-2403<br>TELEPHONE NO.: (408) 294-6100<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>280 S. First St. #2112<br>San Jose, CA 95113-3008 | |

| PLAINTIFF/PETITIONER: Jennifer Leigh Reed | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: AllianceOne Receivable Management, Inc. | C07-04477-RMW-HRL |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Standing Order Regarding Case Management in Civil Cases, Contents of Joint Case Management Statement, Standing Order RE: Pretrial Preperation, ECF Registration Information Handout, ADR Package

3. a. Party served: AllianceOne Receivable Management, Inc.

   b. Person Served: CT Corp - Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): August 27, 2007     (2) at (time): 3:20 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   AllianceOne Receivable Management, Inc.

   under:     CCP 416.10 (corporation)

   BY FAX

7. **Person who served papers**
   a. Name:              Jimmy Lizama
   b. Address:           One Legal, Inc. - 132-Marin
                         504 Redwood Blvd #223
                         Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: August 31, 2007

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6647495

# ONE LEGAL, INC.
## CONFIRMATION For Service of Process



Date: 8/31/2007

| ONE LEGAL, INC. CONFIRMATION FOR ORDER NO: 6647495 |
|---|

| | | | |
|---|---|---|---|
| Customer | CONSUMER LAW CENTER | Attorney | Fred W Schwinn |
| Customer No. | 0055054 | Attorney e-mail | fred.schwinn@sjconsumerlaw.com |
| Address | 12 S 1ST ST STE 1014<br>SAN JOSE, CA  95113-2403 | Contact | Fred W Schwinn |
| | | Contact e-mail | fred.schwinn@sjconsumerlaw.com |
| | | Contact Phone | (408) 294-6100 Ext 111 |
| | | Contact Fax | (408) 294-6190 |
| | | Law Firm File Number | none |

**Case Information:**

Case Number  C07-04477-RMW-HRL
County  SANTA CLARA
Court  Northern District of California
Case Short Title  Jennifer Leigh Reed vs. AllianceOne Receivable Management, Inc.

**Documents Received:**   No. Docs: 7   No. Pgs: 63

Summons, Complaint, Standing Order Regarding Case Management in Civil Cases, Contents of Joint Case Management Statement, Standing Order RE: Pretrial Preperation, ECF Registration Information Handout, ADR Package

Party to Serve: AllianceOne Receivable Management, Inc.      Service address: 818 WEST SEVENTH STREET  LOS ANGELES, CA  90017

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | CT-CSC | 30.00 |
| | Check No. | Total: 14.95 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Southern Branch, Ph: 213-617-1212, Fx: 213-617-4717
Thank you for choosing One Legal for your process serving needs.