1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2403
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   JENNIFER LEIGH REED

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| JENNIFER LEIGH REED,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ALLIANCEONE RECEIVABLE MANAGEMENT INC., a Delaware corporation,<br><br>　　　　　　　　Defendant. | Case No. C07-04477-RMW-HRL<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

**NOTICE IS HEREBY GIVEN TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD** that Plaintiff's counsel, FRED W. SCHWINN, is unavailable on the following dates:

　　　October 25, 2007, through November 11, 2007, inclusive.

　　　March 30, 2008, through April 19, 2008, inclusive.

　　Counsel will be unavailable for any purpose whatsoever, including but not limited to, receiving notices of any kind, responding to ex-parte applications, appearing in court or attending depositions.

　　　　　　　　　　　　　　　　　　　　　　CONSUMER LAW CENTER, INC.

Dated: October 2, 2007　　　　　　　　　　By: /s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　JENNIFER LEIGH REED

---

NOTICE OF UNAVAILABILITY OF COUNSEL　　　　　　　　　　　　　　　　Case No. C07-04477-RMW