Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
JENNIFER LEIGH REED

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| JENNIFER LEIGH REED,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ALLIANCEONE RECEIVABLE MANAGEMENT, INC., a Delaware corporation,<br><br>　　　　　　Defendant. | Case No. C07-04477-RMW-HRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　　COMES NOW the Plaintiff, JENNIFER LEIGH REED, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, JENNIFER LEIGH REED, hereby dismisses, with prejudice, all claims made by her against Defendant, ALLIANCEONE RECEIVABLE MANAGEMENT, INC., in her Complaint filed herein on August 29, 2007. Plaintiff further notifies the Court that her dispute with the Defendant has been settled.

　　　　　　　　　　　　　　　　　　　　　CONSUMER LAW CENTER, INC.


　　　　　　　　　　　　　　　　　　　　　By: /s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　JENNIFER LEIGH REED